NOT FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| MEI HUI LIN, | No. 06-72839 |
| Petitioner, | Agency No. A079-543-813 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Mei Hui Lin, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' order dismissing her appeal from an immigration judge's

("IJ") decision denying her application for asylum and withholding of removal.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

KAD/Research

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Husyev v. Mukasey*, 528 F.3d 1172, 1177 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the IJ's adverse credibility determination because Lin's testimony was inconsistent with her declaration with respect to who introduced her to Falun Gong, *see Wang v. INS*, 352 F.3d 1250, 1256-57 (9th Cir. 2003), Lin was unable to describe her whereabouts during four of the ten months following her release from police detention and leading up to her departure from China, *see Chebchoub v. INS*, 257 F.3d 1038, 1043 (9th Cir. 2001), and Lin's explanations were unpersuasive, *see Don v. Gonzales*, 476 F.3d 738, 742 (9th Cir. 2007). In the absence of credible testimony, Lin's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**